IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____ :
In re:                                  : Case No. 15-21253-GLT
                                        : Chapter 7
JOSEPH CELLURALE, JR.,                  :
                                        :
_____Debtor_____ :
UNITED BANK,                            :
                         Movant,        :
        v.                              :
JOSEPH CELLURALE, JR.,                  :
                         Debtor,        :
and ROBERT H. SLONE,                    :
                         Trustee,       :
                         Respondents.   :

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF UNITED BANK FOR RELIEF FROM STAY**

TO THE RESPONDENT:

        You are hereby notified that the Movant seeks an order affecting your rights or property.

        You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than January 16, 2017 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

        You should take this Notice and the Motion to a lawyer at once.

        A hearing will be held on February 9, 2017, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 grant Street, Pittsburgh PA  15219.  Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the court for a later date.


Prepared by:  Anthony S. Dedola, Jr.
Date of Service:  December 5, 2016       Anthony S. Dedola, Jr._____
                                         Attorney for Movant/Applicant

                                         /s/_____
                                         Signature
                                         51 East South Street
                                         Uniontown PA 15401_____
                                         Address
                                         (724) 438-1555_____
                                         Telephone Number
                                         30221_____
                                         Attorney I.D. No.