IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | RELATED TO DOC. NO. 92, 93 and 94 |
| | | |
| United Bank, | ) | |
| | ) | |
| Movant, | ) | HEARING DATE FEBRUARY 9, 2017 |
| | ) | 10:00 AM COURTROOM A, PITTSBURGH PA |
| v. | ) | |
| | ) | |
| Joseph Cellurale, Jr., | ) | |
| Debtor, | ) | |
| and Robert H. Slone, | ) | |
| Trustee, | ) | |
| Respondents. | ) | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Motion for Relief from the Automatic Stay, Proposed Order, and the Notice of Hearing with Response Deadline Pursuant to F.R.B.P. 4004(b)(1) on the parties at the addresses specified below or on the attached list on the 4th day of December, 2016.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was **First-Class Mail and Email as described below.**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification: and those served by mail will be listed under the heading "Service by First Class Mail".

**Service by First-Class Mail:**

Joseph Cellurale, Jr.
480 Coolspring Street
Apt 111
Uniontown PA  15401

**Service by Email:**

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh PA  15222
Email:  ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
223 South Maple Avenue
Greensburg PA  15601
Email:  robertslone223@gmail.com

Corey J. Sacca
Bononi & Company
20 North Pennsylvania Avenue
Greensburg PA  15601
Email:  csacca@bononilaw.com

EXECUTED ON: December 6, 2016          /s/Anthony S. Dedola, Jr.
                                       Attorney for United Bank, Movant
                                       51 East South Street
                                       Uniontown PA  15401
                                       (724) 438-1555
                                       PA ID 30221
                                       Email:  a.dedola@atlanticbbn.net