IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | RELATED TO DOC. NO. 92 |
| | | |
| United Bank, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Joseph Cellurale, Jr., | ) | |
| Debtor, | : | |
| and Robert H. Slone, | ) | |
| Trustee, | ) | |
| Respondents. | ) | |

ORDER

AND NOW, this _____ day of _____, 201__, upon consideration of the Motion for Relief from the Automatic Stay filed by United Bank, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is granted and that the automatic stay be and hereby is terminated as it affects the interest of United Bank in real estate held the name of Joseph Cellurale, Jr., Debtor, which is described as 2052 University Drive, Lemont Furnace, Fayette County, Pennsylvania.

Prepared by:  Anthony S. Dedola, Jr.
            Attorney for Movant

BY THE COURT

_____
The Honorable
U.S. Bankruptcy Judge