IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | | |
| United Bank, | ) | |
| | ) | |
| Movant, | ) | HEARING DATE FEBRUARY 9, 2017 AT 10:00 AM |
| | ) | |
| v. | ) | RESPONSE DEADLINE JANUARY 16, 2017 |
| | ) | |
| Joseph Cellurale, Jr., | ) | |
| Debtor, | ) | |
| and Robert H. Slone, | ) | |
| Trustee, | ) | RELATED TO DOC. NO. 92, 93 and 94 |
| Respondents. | ) | |

## CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Stay filed on December 7, 2016, has been received. The undersigned further certifies that the court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than January 16, 2017.

It is hereby respectfully requested that the Order attached to the Motion for Relief from Stay be entered by the Court.

Dated:   January 19, 2017                    /s/Anthony S. Dedola, Jr.
                                             Pa. I.D. 30221
                                             51 East South Street
                                             Uniontown PA  15401
                                             a.dedola@atlanticbbn.net
                                             (724) 438-1555