# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 15-21253-GLT |
| CELLURALE, JOSEPH, JR. | ) |
| | ) CHAPTER 7 |
| | ) |
| DEBTOR(S) | ) DOCUMENT NO. |
| ************************************ | ) |
| ROBERT H. SLONE, TRUSTEE | ) |
| | ) |
| MOVANT(S) | ) |
| | ) |
| VS. | ) Hearing Date: 12/21/2017 @ 10:30 a.m. |
| | )            Courtroom A - Pittsburgh, PA |
| NO RESPONDENTS | ) |
| | ) |
| RESPONDENT(S) | ) |

### NOTICE OF NONEVIDENTIARY HEARING WITH RESPONSE DEADLINE
### ON MOTION TO APPOINT REAL ESTATE AGENT

TO THE RESPONDENT(S) AND ALL CREDITORS AND PARTIES IN INTEREST:

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **December 5, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

**A hearing will be held on Thursday, December 21, 2017 at 10:30 a.m. before the Honorable Gregory L. Taddonio in Courtroom A , 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.** Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An Order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Respectfully submitted,

Date of Service: 11/15/ 2017    /S/    ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA  15601
Ph #(724) 834-2990
E-mail:  robertslone223@gmail.com
PA I.D. No. 19963