**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| JOSEPH CELLURALE, JR. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | RE: Document Nos. 104, 105 |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | |
| | ) | |
| Movant | ) | Hearing date: 12/21/2017 @ 10:30 am |
| | ) | Courtroom A—Pittsburgh |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO APPOINT REAL ESTATE AGENT**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Motion to Appoint Real Estate Agent*** *has* been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the ***Motion to Appoint Real Estate Agent*** appears thereon. Pursuant to the Notice of Hearing, objections to the ***Motion to Appoint Real Estate Agent*** were to be filed and served no later than December 5, 2017.

It is hereby respectfully requested that the Order attached to the ***Motion to Appoint Real Estate Agent*** *be* entered by the Court.

Dated:  December 6, 2017          By:  /s/ ROBERT H. SLONE
                                    Robert H. Slone, Esquire
                                    MAHADY & MAHADY
                                    223 South Maple Avenue
                                    Greensburg, PA 15601
                                    (724) 834-2990
                                    PA I.D. No. 19963
                                    robertslone223@gmail.com