FILED
12/7/17 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) BANKRUPTCY NO. 15-21253-GLT |
| CELLURALE, JOSEPH, JR. | ) |
| | ) CHAPTER 7 |
| DEBTOR(S) | ) Related to Dkt. No. 104 |
| ************************************ | ) |
| ROBERT H. SLONE, TRUSTEE | ) |
| | ) |
| MOVANT(S) | ) |
| | ) |
| VS. | ) Hearing Date: 12/21/2017 @ 10:30 a.m. |
| | )          Courtroom A - Pittsburgh, PA |
| NO RESPONDENTS | ) |
| | ) |
| RESPONDENT(S) | ) |

## ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

AND NOW, to wit, this 7th day of December, 2017, upon consideration of the Motion to Employ Realtor, it is **ORDERED, ADJUDGED** and **DECREED** as follows:

1. Conn Realty, Inc. is hereby appointed as of the date of filing the Motion, as Realtor for the Trustee in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Motion for the purpose of acting as the Trustee's Agent in connection with the sale of real estate, being two vacant parcels located in Dunbar Township, Fayette County, PA (Total: 75.46 acres):
   1. Parcel #1    Map #09-31-0036    13.47 acres
   2. Parcel #2    Map #09-31-004301    61.99 acres

A realtor commission of six (6%) percent is tentatively approved, subject to final court order.

2. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the tasks involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

3. Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the court to allow such fees in the requested amount. Final compensation, as awarded by the court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

4. *Applicant shall serve the within Order on all interested parties and file a Certificate of Service.*

Prepared by: Robert H. Slone, Esq.

DEFAULT ENTRY

Dated: December 07, 2017

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-21253-GLT
Joseph Cellurale, Jr.                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: aala              Page 1 of 1              Date Rcvd: Dec 08, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2017.
r              +Conn Realty, Inc.,   75 Morgantown Road,   Uniontown, PA 15401-4238

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2017 at the address(es) listed below:
              Anthony S. Dedola, Jr.    on behalf of Creditor    Centra Bank - Smithfield
               a.dedola@atlanticbbn.net, n.dones@atlanticbbn.net
              Anthony S. Dedola, Jr.    on behalf of Creditor    United Bank a.dedola@atlanticbbn.net,
               n.dones@atlanticbbn.net
              Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              Corey J. Sacca    on behalf of Debtor Joseph  Cellurale, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
               diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
               rslone@pulsenet.com;pa07@ecfcbis.com
              Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com
                                                                                             TOTAL: 13