# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | **BANKRUPTCY NO.   15-21253-GLT** |
| **CELLURALE, JOSEPH, JR.** ) | |
| ) | **CHAPTER 7** |
| ) | |
| **DEBTOR(S)** ) | **RE: DOCUMENT NO.   107** |
| ************************************* ) | |
| **ROBERT H. SLONE, TRUSTEE** ) | |
| ) | |
| **MOVANT(S)** ) | |
| ) | |
| **VS.** ) | Hearing Date: 12/21/2017 @ 10:30 a.m. |
| ) | Courtroom A - Pittsburgh, PA |
| **NO RESPONDENTS** ) | |
| ) | |
| **RESPONDENT(S)** ) | |

### CERTIFICATE OF SERVICE OF
### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

I, Robert H. Slone, hereby certify under penalty of perjury that on the **12TH** day of **December   2017** I served a true and correct copy of the Order Approving Employment of Realtor/Broker (Conn Realty, Inc.) upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid.

See attached list for parties served:

Dated: 12/12/2017                                             /S/           ROBERT H. SLONE
                                                              Robert H. Slone, Esquire
                                                              MAHADY & MAHADY
                                                              223 South Maple Avenue
                                                              Greensburg, PA 15601
                                                              Ph #(724) 834-2990
                                                              PA I.D. No. 19963
                                                              E-mail:   robertslone223@gmail.com

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Corey J. Sacca, Esquire<br>Bononi & Company<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601 | Joseph Cellurale, Jr.<br>480 Coolspring Street<br>Apartment 11<br>Uniontown, PA 15401 |
| United Bank<br>c/o Timothy A. Kelly<br>AVP Commercial Lending<br>81 W. Main Street<br>Uniontown, PA 15401-3340 | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | United Bank<br>81 West Main Street<br>Uniontown, PA 15401-3340 |
| Ogden Directories, Inc.<br>c/o Popper & Grafton<br>225 West 34th Street, #1806<br>New York, NY 10122-1600 | Keystone Turf Products<br>c/o Kraft & Kraft, P.C.<br>3200 Penrose Ferry Road<br>Philadelphia, PA 19145-5500 | JP Morgan Chase Bank, N.A.<br>P.O. Box 29505 AZ 1-1191<br>Phoenix, AZ 85038-9505 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Harrell's, LLC<br>c/o Shawn P. McClure<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Harrell's<br>2476 William Flynn Highway<br>Butler, PA 16001-8020 |
| Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 | Citibank/The Home Depot<br>Citicorp Credit Svcs<br>P.O. Box 790040<br>St. Louis, MO 63179-0040 | Citibank SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-1340 |
| Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste. 200<br>Tucson, AZ 85712-1083 | Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Capital One<br>ATTN: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cerastes, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121-3132 | Barclays Bank Delaware<br>ATTN: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Keystone Turf Products<br>1016 Corporate Lane<br>Export, PA 15632-8905 |