IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-21253-GLT |
| JOSEPH CELLURALE, JR., | Chapter 7 |
| Debtor, | Related to Doc. No. 110 |
| DILKS & KNOPIK, LLC as assignee to JOSEPH CELLURALE, JR. | |
| Movant, | |
| v. | |
| ROBERT H. SLONE, Chapter 7 Trustee | |
| Respondent | |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO DILKS & KNOPIK,
LLC PURSUANT TO 11 U.S.C. § 347 AND 28 U.S.C. § 2041, et seq.

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **Monday, April 2, 2018**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedure of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Thursday April 19, 2018 at 10:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.

An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

By: /s/ Keila Estevez
Keila Estevez
PA I.D. # 324601
kestevez@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
Phone:(412)456-8137
Fax:   (412) 456-8120

*Counsel for Dilks & Knopik, LLC as assignee to Joseph Cellurale, Jr.*

Date of service:  March 16, 2018