IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-21253-GLT |
| JOSEPH CELLURALE, JR., | Chapter 7 |
| Debtor, | Related to Doc. Nos. 110 and 111 |
| DILKS & KNOPIK, LLC as assignee to JOSEPH CELLURALE, JR. | |
| Movant, | |
| v. | |
| ROBERT H. SLONE, Chapter 7 Trustee | |
| Respondent | |

## CERTIFICATE OF SERVICE OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO DILKS & KNOPIK, LLC, AND NOTICE OF HEARING WITH RESPONSE DEADLINE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 16th day of March, 2018, I served a copy of the Motion To Reopen Bankruptcy, Motion For Order Directing Payment Of Funds to Dilks & Knopik, LLC, And Notice Of Hearing With Response Deadline of by first class U.S. Mail, postage prepaid or electronic mail at the following addresses:

Service by First Class Mail to the following parties:

**Joseph Cellurale, Jr.**
869 North Gallatin Avenue, Extension
Uniontown, PA 15401

**Corey J. Sacca**
Bononi & Company
20 North Pennsylvania Ave.
Greensburg, PA 15601

**Robert H. Slone, Trustee**
223 South Maple Avenue
Greensburg, PA 15601

**United States Attorney's Office**
Western District of Pennsylvania
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219

**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Service by CM/ECF electronic notification on all parties registered to receive electronic notification.

          Respectfully submitted,

          BERNSTEIN-BURKLEY, P.C.


          By: /s/ Keila Estevez
          Keila Estevez
          PA I.D. # 324601
          kestevez@bernsteinlaw.com
          707 Grant Street, Suite 2200
          Pittsburgh, PA 15219
          Phone:(412)456-8137
          Fax:   (412) 456-8120

          *Counsel for Dilks & Knopik, LLC as assignee to Joseph Cellurale, Jr.*