**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| Joseph Cellurale, Jr. | ) | Chapter 7 |
| | ) | |
|            Debtor | ) | Docket No. |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | |
| | ) | |
|            Movant | ) | Hearing Date: 5/17/2018 @ 10:00 a.m. |
| | ) | Courtroom A—Pittsburgh |
| vs. | ) | |
| | ) | |
| Joseph Cellurale, Jr., Centra Bank-Smithfield, | ) | |
| Keystone Turf Products, Barclays Bank Delaware, | ) | |
| Cerastes LLC, Capital One, Calvary SPV I, LLC, | ) | |
| Chase Card, Citibank N.A., Citibank/The Home | ) | |
| Depot, Harrell's LLC, U.S. Department of the | ) | |
| Treasury-Internal Revenue Service, JP Morgan | ) | |
| Chase Bank, Ogden Directions Inc., Pennsylvania | ) | |
| Department of Revenue-Bureau of Individual | ) | |
| Taxes, United Bank, AVP Commercial Lending, | ) | |
| Terry Kriss, Diane Kriss, Fayette County Office | ) | |
| of Planning, Zoning & Community Development, | ) | |
| Timothy Beachy, Route 51 Auto & Truck Parts, | ) | |
| PNC Bank formerly National City Bank, Fayette | ) | |
| County Tax Claim Bureau, Keystone Turf Products, | ) | |
| Pennsylvania Department of Revenue-Bureau | ) | |
| of Compliance, | ) | |
|            Respondents | ) | |

**NOTICE OF NON-EVIDENTIARY HEARING WITH RESPONSE DEADLINE
ON MOTION TO SELL REAL PROPERTY FREE AND CLEAR
OF LIENS AND ENCUMBRANCES**

**TO THE RESPONDENTS AND ALL CREDITORS AND PARTIES IN INTEREST**:

     You are hereby notified that the above Movant seeks an order to sell property in which Respondents may have an interest.

     Anyone who wishes to object is further notified to serve (in duplicate) a written response to the Motion upon the Clerk, U.S. Bankruptcy Court, Western District of Pennsylvania and the undersigned, which the undersigned and the Clerk's Office must receive on or before **APRIL 30, 2018.**  If Respondents fail to timely respond, the Motion may be granted at the hearing.  See Local Bankruptcy Rule 9013.4.

     **PROPERTY TO BE SOLD:**  Real Estate located in Dunbar Township, Fayette Co., PA, being a 61.99 acre parcel, Tax Map # 09-31-0043-01; and a 13.47 acre parcel, Tax Map #09-31-0036  (Offer: $150,000.00).

**TERMS OF SALE:** $5,000.00 hand money in cash or certified funds only at time of sale. Balance of funds and closing to be held within 30 days of confirmation of sale.

**SALE IS "AS IS, WHERE IS,"** free of liens and encumbrances

A hearing will be held on **Thursday, May 17, 2018 at 10:00 a.m., in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.** The Court may entertain higher and better offers at the hearing.

Requests for information regarding the subject real estate should be directed to the undersigned.

Dated:  April 11, 2018  

/s/ ROBERT H. SLONE  
Robert H. Slone, Trustee  
PA I.D. 19963  
MAHADY & MAHADY  
223 South Maple Avenue  
Greensburg, PA 15601  
Phone: (724) 834-2990  
Fax: (724) 834-1250  
E-mail: robertslone223@gmail.com