IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | : | Case No.: | 15-21253-GLT |
|---|---|---|---|
|  | : | Chapter: | 7 |
| Joseph Cellurale, Jr. | : |  |  |
|  | : |  |  |
|  | : | Date: | 5/17/2018 |
| Debtor(s). | : | Time: | 10:00 |

FILED

MAY 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:** #118 - Motion to Sell Property Free and Clear of Liens (Real Estate In Dunbar Township)
#122 - Exhibit B
Sale Posted on EASI on 4-12-18
#123 - Proof of Publication in General Circulation

**APPEARANCES:**
  Debtor:     Corey J. Sacca (Debtor Joseph Cellurale, Jr. present)
  Trustee:    Robert H. Slone, Trustee
    Cellurale Holdings, LLC:      Daniel White (President John Cellurale present)
    Isaac Meason, Ironmaster, LLC:  John Cochran
    Krisses:                      Richard Schimizzi

**NOTES:**

Slone: Has an offer to purchase the property for $150,000 from Cellurale Holdings, LLC.

Court: What is the relationship between the proposed buyer and the Debtor?

White: John Cellurale, president of the buyer, is a second cousin of the Debtor. It has property adjacent to the sale properties, and he previously purchased pine trees located on the sale properties several years before the petition was filed.

Slone: There are no unresolved contingencies.

Schimizzi: Would like to clarify whether the Debtor has a membership interest in Cellurale Holdings, LLC.

White: The Debtor has no interest in it.

Cochran: There is no relationship between any principals of Isaac Meason Ironmaster, LLC and the Debtor either.

Sacca: The Debtor has a body shop adjacent to the sale properties and uses some of the acreage to store his equipment. If it is sold to someone other than Cellurale Holdings, LLC, it may put him out of business.

Court: How is that relevant in a chapter 7 rather than a chapter 11 proceeding?

Sacca: The Debtor just wanted the Court to be aware.

*The real properties located at Tax Parcel Nos. 09-31-0043-01 (61.99 acres) and 09-31-0036 (13.47 acres) in Dunbar Township, Pa. is exposed for sale.*

Court: The offer of $230,000 from Cellurale Holdings, LLC is the highest and best received. Cellurale Holdings, LLC waives the financing contingency?

White: Yes.

*OUTCOME:*

1. The Motion to Sell Property [Dkt. No. 118] is granted. O/E.

**DATED:** 5/17/2018