# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 15-21253-GLT |
| | ) | |
| Joseph Cellurale, Jr. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Docket No. |
| _____ | ) | |
| Robert H. Slone, Trustee | ) | RE: Docket No. 118 & 124 |
| | ) | |
| Movant | ) | Hearing Date: 5/17/2018 @ 10:00 a.m. |
| | ) | Courtroom A—Pittsburgh |
| vs. | ) | |
| | ) | |
| Joseph Cellurale, Jr., Centra Bank-Smithfield, | ) | |
| Keystone Turf Products, Barclays Bank Delaware, | ) | |
| Cerastes LLC, Capital One, Calvary SPV I, LLC, | ) | |
| Chase Card, Citibank N.A., Citibank/The Home | ) | |
| Depot, Harrell's LLC, U.S. Department of the | ) | |
| Treasury-Internal Revenue Service, JP Morgan | ) | |
| Chase Bank, Ogden Directions Inc., Pennsylvania | ) | |
| Department of Revenue-Bureau of Individual | ) | |
| Taxes, United Bank, AVP Commercial Lending, | ) | |
| Terry Kriss, Diane Kriss, Fayette County Office | ) | |
| of Planning, Zoning & Community Development, | ) | |
| Timothy Beachy, Route 51 Auto & Truck Parts, | ) | |
| PNC Bank formerly National City Bank, Fayette | ) | |
| County Tax Claim Bureau, Keystone Turf Products, | ) | |
| Pennsylvania Department of Revenue-Bureau | ) | |
| of Compliance, | ) | |
| Respondents | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONFIRMING SALE OF REAL ESTATE**

I, Robert H. Slone, hereby certify under penalty of perjury that on the **22nd** day of **May 2018** I served a true and correct copy of the Order of Court Confirming Sale of real estate located in Dunbar Township, Fayette County, upon the following persons and parties in interest at the addresses shown by United States First Class Mail, postage prepaid.

See attached list for parties served:

Dated: 5/22/2018

/S/    ROBERT H. SLONE
Robert H. Slone, Esquire
MAHADY & MAHADY
223 South Maple Avenue
Greensburg, PA 15601
Ph #(724) 834-2990
PA I.D. No. 19963
E-mail: robertslone223@gmail.com

| | | |
|---|---|---|
| U.S. Trustee's Office<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222 | Corey J. Sacca, Esquire<br>Bononi & Company<br>20 N. Pennsylvania Avenue<br>Greensburg, PA 15601 | Joseph Cellurale, Jr.<br>869 N. Gallatin Avenue Ext.<br>Uniontown, PA 15401 |
| United Bank<br>c/o Timothy A. Kelly<br>AVP Commercial Lending<br>81 W. Main Street<br>Uniontown, PA 15401-3340 | PA Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | United Bank<br>81 West Main Street<br>Uniontown, PA 15401-3340 |
| United Bank<br>formerly Centra Bank<br>69 Main Street<br>Smithfield, PA 15478 | Ogden Directories, Inc.<br>c/o Popper & Grafton<br>225 West 34th Street, #1806<br>New York, NY 10122-1600 | Keystone Turf Products<br>c/o Kraft & Kraft, P.C.<br>3200 Penrose Ferry Road<br>Philadelphia, PA 19145-5500 |
| Keystone Turf Products<br>1016 Corporate Lane<br>Export, PA 19145-5500 | JP Morgan Chase Bank, N.A.<br>P.O. Box 29505 AZ 1-1191<br>Phoenix, AZ 85038-9505 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| PA Dept. Of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280601<br>Harrisburg, PA 17128 | PA Dept. Of Revenue<br>Bureau of Compliance<br>P.O. Box 67128<br>Harrisburg, PA 17128 | PA Dept. Of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| T. Lawrence Palmer, Esquire<br>Office of Attorney General<br>5th Floor, Manor Complex<br>564 Forbes Avenue<br>Pittsburgh, PA 15219 | Richard Schimizzi, Esquire<br>Schimizzi Law, LLC<br>Keystone Commons<br>35 West Pittsburgh Street<br>Greensburg, PA 15601 | Fayette Co. Tax Claim Bureau<br>Zoning & Community Development<br>ATTN: Leonard Minnick, Jr.<br>61 East Main Street<br>Uniontown, PA 15401 |
| Harrell's, LLC<br>c/o Shawn P. McClure<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219 | Harrell's<br>2476 William Flynn Highway<br>Butler, PA 16001-8020 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Citibank/The Home Depot<br>Citicorp Credit Svcs<br>P.O. Box 790040<br>St. Louis, MO 63179-0040 | Citibank SPV I, LLC<br>500 Summit Lake Drive<br>Suite 400<br>Valhalla, NY 10595-1340 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste. 200<br>Tucson, AZ 85712-1083 |
| Chase Card<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Capital One<br>ATTN: Bankruptcy Dept.<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Cerastes, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Ste. 400<br>Seattle, WA 98121-3132 |
| Barclays Bank Delaware<br>ATTN: Bankruptcy<br>P.O. Box 8801<br>Wilmington, DE 19899-8801 | Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Ste. 200<br>Tucson, AZ 85712-1083 | Timothy Beachy<br>28 Cemetery Road<br>Perryopolis, PA 15473 |

Terry P. And Diane G. Kriss  
203 University Drive  
Lemont Furnace, PA 15456

Route 51 Auto & Truck Parts, LLC  
907 Old Route 51  
Smock, PA 15480

Conn Realty, Inc.  
75 Morgantown Road  
Uniontown, PA 15401

Dan White, Esquire  
Zebley, Mehalov & White  
P.O. Box 2123  
Uniontown, PA 15401

David Barensfeld  
Box 889  
Ellwood City, PA 16117