# FAYETTE LEGAL JOURNAL
## PROOF OF PUBLICATION

COMMONWEALTH OF PENNSYLVANIA:
COUNTY OF FAYETTE:

Before me, the undersigned notary public, this day, personally appeared **Garnet Crossland**, to me known, who being duly sworn according to law, deposes and states the following:

I am the Editor of the FAYETTE LEGAL JOURNAL. The Fayette Legal Journal is the duly designated legal newspaper for Fayette County, Pennsylvania, which newspaper was established in 1938 and designated the Legal Periodical by the *Court of Common Pleas for Fayette County*, and is published by the Fayette County Bar Association, 2 West Main Street, Suite 711, Uniontown, Fayette County, Pennsylvania 15401. A copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

May 5, 2018

The affiant further states that she/he is a designated agent of the Fayette County Bar Association, the owner of said legal newspaper, that she/he is not interested in the subject matter of the aforesaid notice or advertising, and that all allegations of the aforesaid statement as to time, place and character are true.

Sworn to and subscribed before me
the 7th. day of May, 2018.

_____
Notary Public
My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Cindy L. McClain, Notary Public
Fayette County
My commission expires April 28, 2022
Commission number 1189457
Member, Pennsylvania Association of Notaries

## Legal Notice

IN RE: Joseph Cellurale, Jr.
Case No. 15-21253-GLT
Chapter 7

Real Property:
    Vacant 61.99 acres
        Tax ID#09-31-0043-01
    Vacant 13.47 acres
        Tax ID #09-31-0036
Date of Sale: 5/17/2018 @ 10:00 a.m.
Courtroom A, 54th Floor
600 Grant Street
Pittsburgh, PA 15219
Responses due by: 4/30/2018
Initial Offer: $150,000.00 Higher and better offers will be considered at the hearing
Hand money required: $5,000.00
    (Cash or Certified Funds)
Contact: Robert H. Slone
223 South Maple Avenue
Greensburg, PA 15601
Ph #(724) 834-2990
E-mail: robertslone223@gmail.com
For More Information:
www.pawb.uscourts.gov/easi.htm

Robert H. Slone, Esquire
Bankruptcy Trustee