| | | |
|---|---|---|
| ROBERT H. SLONE<br>223 SOUTH MAPLE AVENUE<br>GREENSBURG, PA 15601<br>(724) 834-2990<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br>Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: | GREGORY L. TADDONIO<br><br>Courtroom A<br>05/16/2019<br>10:30am<br>05/01/2019 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

In re:
CELLURALE, JOSEPH, JR.
Debtor(s)
*******************************
ROBERT H. SLONE, TRUSTEE
Movant(s)

VS.

NO RESPONDENTS
Respondent(s)

§ Case No. 15-21253-GLT
§
§ Chapter 7
§
§ Document No.

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. SLONE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
5414 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

UST Form 101-7-NFR (10/1/2010)

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 24 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 05/16/2019 in Courtroom A, United States Courthouse, 5414 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/06/2019     By: /s/ ROBERT H. SLONE
                                                                                                   Trustee

ROBERT H. SLONE
223 SOUTH MAPLE AVENUE
GREENSBURG, PA 15601
(724) 834-2990
robertslone223@gmail.com

UST Form 101-7-NFR (10/1/2010)

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                         Case No. 15-21253-GLT
Joseph Cellurale, Jr.                                          Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                 Page 1 of 2              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             +Joseph Cellurale, Jr.,   869 North Gallatin Avenue, Extension,    Uniontown, PA 15401-2105
cr             +Centra Bank - Smithfield,    81 W Main Street,    Uniontown, PA 15401-3340
r              +Conn Realty, Inc.,    75 Morgantown Road,    Uniontown, PA 15401-4238
cr             +T. Lawrence Palmer Office of Attorney General, Pen,    Office of Attorney General,
                 5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr             +United Bank,   fornmerly Centra Bank,    69 Main Street,    Smithfield, PA 15478-8900
14026333       +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
14088547       +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14026335       +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14096966       +Citibank, N.A.,   701 East 60th Street North,    Sioux Falls, SD 57104-0493
14026336       +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
14026338        Harrell's LLC,    c/o Shawn P. McClure,    Suite 2200 Gulf Tower,    Pittsburgh, PA 15219
14079382        JPMorgan Chase Bank, NA. National Bankruptcy Dept.,    PO BOX 29505 AZ 1-1191,
                 Phoenix, AZ 85038-9505
14060332       +Keystone Turf Products,    c/o KRAFT & KRAFT, P.C.,    3200 Penrose Ferry Rd,
                 Philadelphia, PA 19145-5500
14026340       +Keystone Turf Products,    1016 Corporate Lane,    Export, PA 15632-8905
14073622        Ogden Directories, Inc.,    c/o Popper & Grafton,    225 West 34th St., #1806,
                 New York, NY 10122-1600
14026342       +United Bank,   81 W. Main Street,    Uniontown, PA 15401-3340
14100713       +United Bank,   c/o Timothy A. Kelly,    AVP Commercial Lending,    81 W. Main Street,
                 Uniontown, PA 15401-3340

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14097218       +E-mail/Text: bncmail@w-legal.com Apr 11 2019 02:31:35     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14026334       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 02:33:59     Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
14093027       +E-mail/Text: bankruptcy@cavps.com Apr 11 2019 02:31:46     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14026337       +E-mail/Text: credit@harrells.com Apr 11 2019 02:30:25     Harrell's,
                 2476 William Flynn Highway,    Butler, PA 16001-8020
14225120       +E-mail/Text: kburkley@bernsteinlaw.com Apr 11 2019 02:32:09     Harrell's, LLC,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200,    Pittsburgh, PA 15219-1945
14026339        E-mail/Text: cio.bncmail@irs.gov Apr 11 2019 02:30:35     Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114
14026341        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:31:03     PA Department of Revenue,
                 Department 280946,    Harrisburg, PA 17128-0946
14137895        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:31:03     Pa. Dept. of Revenue,
                 Bankruptcy Division,    PO Box 280946,   Harrisburg, PA 17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp            Diane G. Kriss
cr              Dilks & Knopik, LLC as assignee to Joseph Cellural
intp            Terry P. Kriss
cr*            +Keystone Turf Products,    1016 Corporate Lane,    Export, PA 15632-8905
14044275*      +United Bank,   81 W. Main St,    Uniontown, PA 15401-3340
                                                                                 TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: aala                    Page 2 of 2                    Date Rcvd: Apr 10, 2019
                              Form ID: pdf900               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Anthony S. Dedola, Jr.    on behalf of Creditor    United Bank a.dedola@atlanticbbn.net,
           n.dones@dedolalaw.com
          Anthony S. Dedola, Jr.    on behalf of Creditor    Centra Bank - Smithfield a.dedola@dedolalaw.com,
           n.dones@dedolalaw.com
          Corey J. Sacca    on behalf of Debtor Joseph  Cellurale, Jr. csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          Corey J. Sacca    on behalf of Defendant Joseph  Cellurale, Jr. csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Joel M. Helmrich    on behalf of Mediator Joel M. Helmrich joel.helmrich@dinsmore.com,
           diane.brink@dinsmore.com;gabriela.rodriguez@dinsmore.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Keila  Estevez    on behalf of Creditor    Dilks & Knopik, LLC as assignee to Joseph Cellurale, Jr.
           kestevez@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Richard W. Schimizzi    on behalf of Interested Party Terry P. Kriss rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Richard W. Schimizzi    on behalf of Interested Party Diane G. Kriss rws@schimizzilaw.com,
           mrs@schimizzilaw.com;G16143@notify.cincompass.com;lms@schimizzilaw.com
          Robert H. Slone    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
           rslone@pulsenet.com;G17689@notify.cincompass.com
          Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
          Robert H. Slone, Trustee    on behalf of Plaintiff Robert H. Slone robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
          Robert H. Slone, Trustee    on behalf of Trustee Robert H. Slone, Trustee robertslone223@gmail.com,
           rslone@pulsenet.com;pa07@ecfcbis.com
          T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
           Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 16
```