# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy No. 15-21253-GLT** |
| | ) | |
| **Joseph Cellurale, Jr.** | ) | **Chapter 7** |
| | ) | |
| **Debtor** | ) | **Docket No.** |
| _____ | ) | |
| **Robert H. Slone, Esquire** | ) | **RE: Docket No.   141** |
| | ) | |
| **Movant** | ) | **Hearing Date:  5/16/2019 @ 10:30 a.m.** |
| | ) | **Courtroom A—Pittsburgh, PA** |
| **vs.** | ) | |
| | ) | |
| **No Respondents,** | ) | |
| | ) | |
| **Respondent(s)** | ) | |

### CERTIFICATE OF NO OBJECTION REGARDING
### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS
### FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

THE undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Notice of Trustee's Final Report has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Notice of Trustee's Final Report appears thereon.  Pursuant to the Notice of Hearing, objections to the Notice of Trustee's Final Report were to be filed and served no later than  May 1, 2019 .

It is hereby respectfully requested that the Order attached to the Notice of Trustee's Final Report and respective Fee Applications be entered by the Court.


Dated: May 2, 2019                                          /S/      ROBERT H. SLONE
                                                            Robert H. Slone, Trustee
                                                            MAHADY & MAHADY
                                                            223 South Maple Avenue
                                                            Greensburg, PA 15601
                                                            Ph #(724) 834-2990
                                                            PA I.D. No. 19963
                                                            E-mail: robertslone223@gmail.com