SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

  2. Case Administrator

UC

FROM:  Financial Administrator

DATE: 6/17/19

CASE NAME: Joseph Cellurale, Jr.

CASE NUMBER: 15-21253-GLT

---

Check Number 118 in the amount of $ 621.80 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 15720    Intake Clerk's Initials MF

---

\* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

## LAW OFFICES
# MAHADY & MAHADY
223 S. MAPLE AVENUE
GREENSBURG, PENNSYLVANIA 15601

PATRICK H. MAHADY
ROBERT H. SLONE
GEORGE A. BUTLER
SUZANNE J. MAHADY

REGIS F. MAHADY (1933-1973)
HON. PAUL W. MAHADY (1933-1973)
HENRY J. MAHADY (1945-1989)
THOMAS R. MAHADY (1948-1971)

1308 LIGONIER STREET
LATROBE, PENNSYLVANIA 15650

SUITE 5 - JACKTOWN PROFESSIONAL BUILDING
11343 ROUTE 30
N. HUNTINGDON, PA 15642

Telephones:
GREENSBURG - 724/834-2990
LATROBE - 724/537-7761
N. HUNTINGDON - 724/863-0628
FAX - 834-1250
e-mail - mahady@pulsenet.com

**Please reply to:**    GREENSBURG OFFICE            June 13, 2019

Clerk, US Bankruptcy Court
Western District of PA
5414 US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

    Re: Joseph Celurale, Jr.
      Case #15-21253-GLT

Dear Clerk:

  Enclosed please find Trustee check no. 118 payable to the Clerk, U.S. Bankruptcy Court. This check represents unclaimed funds from the final distribution in the above referenced case which were paid to Timothy Beachy in the amount of $621.80.

  Thank you for your attention and cooperation in this matter.

            Very truly yours,

            MAHADY & MAHADY

            Robert H. Slone

RHS/dlh
Enclosures

Printed: 02/25/19 01:56 PM                                                                                              Page: 1

# Claims Proposed Distribution

## Case:  15-21253   CELLURALE, JOSEPH, JR.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $195,952.71 | Total Proposed Payment: | $195,952.71 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 1S | PA Department of Revenue | Secured | 29,276.29 | 29,276.29 | 0.00 | 29,276.29 | 29,276.29 | 166,676.42 |
| | Claim Memo: Secured in Judgment on real estate<br>Claim paid in full | | | | | | | |
| 3 | Keystone Turf Products | Secured | 28,563.90 | 28,563.90 | 0.00 | 28,563.90 | 28,563.90 | 138,112.52 |
| | Claim Memo: Secured - JU of record - when Trustee sold property it was listed against the property<br>Claim paid in full | | | | | | | |
| JU | Fayette Co. Office of Planning & Zoning | Secured | 0.00 | 546.00 | 0.00 | 546.00 | 546.00 | 137,566.52 |
| | Claim Memo: Not a scheduled or filed claim<br>JU of record on real estate adm through bankruptcy - Claim paid in full | | | | | | | |
| JU | Timothy Beachy | Secured | 0.00 | 621.80 | 0.00 | 621.80 | 621.80 | 136,944.72 |
| | Claim Memo: Not a scheduled or filed claim<br>JU of record on real estate adm through bankruptcy - Claim paid in full | | | | | | | |
| 18 | Harrell's, LLC | Secured | 16,318.93 | 16,318.93 | 0.00 | 16,318.93 | 16,318.93 | 120,625.79 |
| | Claim Memo: Secured - JU of record on real estate adm through bankruptcy<br>Claim paid in full | | | | | | | |
| | Clerk, U.S. Bankruptcy Court | Admin Ch. 7 | 531.00 | 531.00 | 0.00 | 531.00 | 531.00 | 120,094.79 |
| | <2700-00  Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | Claim Memo: Sale Motion $181.00 -- Adversary Complaint $350.00<br>Admin Claim paid in full | | | | | | | |
| | ROBERT H. SLONE | Admin Ch. 7 | 176.70 | 176.70 | 0.00 | 176.70 | 176.70 | 119,918.09 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | ROBERT H. SLONE | Admin Ch. 7 | 14,750.00 | 14,750.00 | 0.00 | 14,750.00 | 14,750.00 | 105,168.09 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | Robert H. Slone, Esquire | Admin Ch. 7 | 253.14 | 253.14 | 0.00 | 253.14 | 253.14 | 104,914.95 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Claim Memo: Attorney's Expenses | | | | | | | |
| | Robert H. Slone, Esquire | Admin Ch. 7 | 5,380.00 | 5,380.00 | 0.00 | 5,380.00 | 5,380.00 | 99,534.95 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Claim Memo: Attorney's Fees | | | | | | | |
| 1P | PA Department of Revenue | Priority | 118,315.35 | 118,315.35 | 0.00 | 118,315.35 | 94,979.91 | 4,555.04 |
| | Claim Memo: Sales Tax, personal income tax, employer withholding<br>Claim will be paid pro-rata after all admin & secured claims are paid | | | | | | | |
| 2P | Internal Revenue Service | Priority | 5,674.16 | 5,674.16 | 0.00 | 5,674.16 | 4,555.04 | 0.00 |
| | Claim Memo: Income tax, WT-FICA (personal taxes)<br>Claim will be paid pro-rata after all admin & secured claims are paid | | | | | | | |