# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: § | |
| CELLURALE, JOSEPH, JR. § | Case No. 15-21253 |
| Debtor(s) § | |
| ***************************** § | Chapter 7 |
| ******** § | Document No. |
| ROBERT H. SLONE, TRUSTEE | |
| Movant(s) | |
| | |
| VS. | |
| | |
| NO RESPONDENTS | |
| Respondent(s) | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT H. SLONE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $174,250.00                      Assets Exempt: $19,525.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $193,092.28       Claims Discharged
                                                   Without Payment: $102,726.02

Total Expenses of Administration: $36,907.72

---

3) Total gross receipts of $ 230,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $230,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $225,675.36 | $321,880.20 | $94,179.13 | $93,557.33 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 36,907.72 | 36,907.72 | 36,907.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 123,989.51 | 123,989.51 | 99,534.95 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,899.00 | 66,175.46 | 66,175.46 | 0.00 |
| **TOTAL DISBURSEMENTS** | $254,574.36 | $548,952.89 | $321,251.82 | $230,000.00 |

4) This case was originally filed under Chapter 7 on April 10, 2015. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/30/2019          By: /s/ROBERT H. SLONE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 74 Acres of unimproved land (no value rec'd) | 1110-000 | 230,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$230,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | PA Department of Revenue | 4120-000 | N/A | 29,276.29 | 29,276.29 | 29,276.29 |
| 3 | Keystone Turf Products | 4120-000 | 0.00 | 28,563.90 | 28,563.90 | 28,563.90 |
| JU | Fayette Co. Office of Planning & Zoning | 4120-000 | N/A | | 546.00 | 546.00 |
| JU | Timothy Beachy | 4120-000 | N/A | | 621.80 | 0.00 |
| 14 | United Bank | 4110-000 | 20,284.11 | 22,165.04 | 0.00 | 0.00 |
| 15 | United Bank | 4110-000 | 34,166.53 | 38,672.53 | 0.00 | 0.00 |
| 16 | United Bank | 4110-000 | 29,705.49 | 31,052.82 | 0.00 | 0.00 |
| 17 | United Bank | 4110-000 | 129,519.23 | 136,978.48 | 0.00 | 0.00 |
| 18 | Harrell's, LLC | 4120-000 | 12,000.00 | 16,318.93 | 16,318.93 | 16,318.93 |
| | Fayette Co. Tax Claim Bureau | 4700-000 | N/A | 367.83 | 367.83 | 367.83 |
| | Zebley Mehalov & White, PC | 4700-000 | N/A | 858.02 | 858.02 | 858.02 |
| | Zebley Mehalov & White, PC | 4110-000 | N/A | 17,004.56 | 17,004.56 | 17,004.56 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |
|---|---|---|---|---|
| Clerk, US Bankruptcy Court   4120-001 | N/A | 621.80 | 621.80 | 621.80 |
| **TOTAL SECURED CLAIMS** | | $225,675.36 | $321,880.20 | $94,179.13 | $93,557.33 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT H. SLONE | 2100-000 | N/A | 14,750.00 | 14,750.00 | 14,750.00 |
| Trustee Expenses - ROBERT H. SLONE | 2200-000 | N/A | 176.70 | 176.70 | 176.70 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 531.00 | 531.00 | 531.00 |
| Attorney for Trustee Fees (Trustee Firm) - Robert H. Slone, Esquire | 3110-000 | N/A | 5,380.00 | 5,380.00 | 5,380.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Robert H. Slone, Esquire | 3120-000 | N/A | 253.14 | 253.14 | 253.14 |
| Other - Cindy Renze | 2420-000 | N/A | 250.00 | 250.00 | 250.00 |
| Other - Fayette Legal Journal | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| Other - Herald Standard | 2500-000 | N/A | 119.50 | 119.50 | 119.50 |
| Other - Dinsmore & Shohl, LLP | 3721-000 | N/A | 770.00 | 770.00 | 770.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 180.99 | 180.99 | 180.99 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 289.31 | 289.31 | 289.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 149.08 | 149.08 | 149.08 |
| Other - Conn Realty | 3510-000 | N/A | 9,000.00 | 9,000.00 | 9,000.00 |
| Other - Zebley, Mehalov & white | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Other - Zebley, Mehalov & White | 2500-000 | N/A | 300.00 | 300.00 | 300.00 |
| Other - Zebley Mehalov & White, PC | 2500-000 | N/A | 77.25 | 77.25 | 77.25 |
| Other - Zebley Mehalov & White, PC | 2500-000 | N/A | 2,300.00 | 2,300.00 | 2,300.00 |
| Other - Zebley Mehalov & White, PC | 2820-000 | N/A | 1,360.79 | 1,360.79 | 1,360.79 |
| Other - Zebley Mehalov & White, PC | 2820-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Zebley Mehalov & White, PC | 2820-000 | N/A | 131.18 | 131.18 | 131.18 |
| Other - Zebley Mehalov & White, PC | 2820-000 | N/A | 132.67 | 132.67 | 132.67 |
| Other - Zebley Mehalov & White, PC | 2820-000 | N/A | 23.84 | 23.84 | 23.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.57 | 175.57 | 175.57 |
| Other - Zebley, Mehalov & White PC | 2820-000 | N/A | -2,000.00 | -2,000.00 | -2,000.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 66.70 | 66.70 | 66.70 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $36,907.72 | $36,907.72 | $36,907.72 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | PA Department of Revenue | 5800-000 | unknown | 118,315.35 | 118,315.35 | 94,979.91 |
| 2P | Internal Revenue Service | 5800-000 | unknown | 5,674.16 | 5,674.16 | 4,555.04 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $123,989.51 | $123,989.51 | $99,534.95 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | PA Department of Revenue | 7300-000 | N/A | 32,657.36 | 32,657.36 | 0.00 |
| 2U | Internal Revenue Service | 7300-000 | N/A | 9,592.98 | 9,592.98 | 0.00 |
| 4 | Ogden Directories, Inc. | 7100-000 | N/A | 2,470.84 | 2,470.84 | 0.00 |
| 5 | JPMorgan Chase Bank, NA. | 7100-000 | N/A | 3,238.11 | 3,238.11 | 0.00 |
| 6 | Cavalry SPV I, LLC | 7100-000 | 3,153.00 | 3,061.27 | 3,061.27 | 0.00 |
| 7 | Cavalry SPV I, LLC | 7100-000 | 565.00 | 550.67 | 550.67 | 0.00 |
| 8 | Cavalry SPV I, LLC | 7100-000 | 729.00 | 712.75 | 712.75 | 0.00 |
| 9 | Cavalry SPV I, LLC | 7100-000 | N/A | 1,533.70 | 1,533.70 | 0.00 |
| 10 | Cavalry SPV I, LLC | 7100-000 | 2,142.00 | 2,142.36 | 2,142.36 | 0.00 |
| 11 | Cavalry SPV I, LLC | 7100-000 | 1,533.00 | 1,533.70 | 1,533.70 | 0.00 |
| 12 | Citibank, N.A. | 7100-000 | 1,716.00 | 1,716.22 | 1,716.22 | 0.00 |
| 13 | CERASTES, LLC | 7100-000 | 6,965.00 | 6,965.50 | 6,965.50 | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 96.00 | N/A | N/A | 0.00 |
| NOTFILED | Harrell's LLC c/o Shawn P. McClure | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $28,899.00 | $66,175.46 | $66,175.46 | $0.00 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21253  **Trustee:** (580040) ROBERT H. SLONE
**Case Name:** CELLURALE, JOSEPH, JR.  **Filed (f) or Converted (c):** 12/18/15 (c)
**§341(a) Meeting Date:** 03/07/16
**Period Ending:** 07/30/19  **Claims Bar Date:** 06/06/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2052 University Dr., Lemont Furnace<br>    Auto Repair Business<br>Relief of Stay granted 1/20/2017 | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account - First Niagara | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | Savings Account - United Bank | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Household goods & furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Guns - 6 shotguns, 3 rifles, 1 muzzleloader | 2,350.00 | 0.00 | | 0.00 | FA |
| 7 | Golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Freedom Flex Whole Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Americo Financial Life Annuity<br>    4/1/2015 - No Value | 0.00 | 0.00 | | 0.00 | FA |
| 10 | On Par Turf, LLC (50% owner)<br>    Debts of company exceed value | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Accounts Receivables of Joey's Auto Repair<br>    Debtor believes A/R are not collectible | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Potential Lawsuit vs. Northern Leasing<br>    No value | Unknown | 0.00 | | 0.00 | FA |
| 13 | 1999 Lincoln Towncar | 2,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Freight Line Tow Truck | 8,000.00 | 0.00 | | 0.00 | FA |
| 15 | Machinery used in auto repair business | 32,000.00 | 0.00 | | 0.00 | FA |
| 16 | 74 Acres of unimproved land (no value rec'd)<br>    SOFA - #10 (transferred to Martha Sangston)  (See Footnote) | Unknown | 70,000.00 | | 230,000.00 | FA |
| 16 | **Assets    Totals** (Excluding unknown values) | **$174,250.00** | **$70,000.00** | | **$230,000.00** | **$0.00** |

RE PROP# 16    Possible Preference Transfer.  Adversary Proceeding, Case #16-02088-GLT filed....JU obtained.

**Major Activities Affecting Case Closing:**

Trustee will investigate possible lawsuit and business assets (of little to no value to the estate). Trustee hoping to administer possible preference/fraudulent transfer of real estate, 74 acres to Marcy Sangston, as listed on SOFA, No. 10.  Adversary Complaint filed and went to discovery phase.  Parties attempting to settle the

Printed: 07/30/2019 02:48 PM    V.14.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21253  
**Case Name:** CELLURALE, JOSEPH, JR.

**Period Ending:** 07/30/19

**Trustee:** (580040)   ROBERT H. SLONE  
**Filed (f) or Converted (c):** 12/18/15 (c)  
**§341(a) Meeting Date:** 03/07/16  
**Claims Bar Date:** 06/06/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

preference matter. Adversary/Preference is now in Mediation. Trustee in negotiations with parties for a settlement of the adversary & mediation. Trustee has entered a Stipulation Order 1/12/2017. As of 3/15/2017 Trustee has not received any monies re: award of judgment. Trustee preparing Final Order to be filed. Trustee received all orders and judgments relating to the adversary proceeding regarding the fraudulent conveyance of real estate. Trustee is reopening the Adversary proceeding as he has not been able to collect on the judgment. Trustee has hired a realtor to list the properties for public sale. Trustee has received an offer to purchase the real estaste. Through a Court Order dated 5/17/2018, the property was purchased for $230,000.00. Closing was held 7/9/2018 & Trustee has been paid all final sale proceeds. An inheritance tax return had to be filed once the sale was completed so that Trustee can pay any monies owed on the sale of said real estate. Once the Trustee receives this information he can move forward with making any payments owed, review claims and then in prepation of TFR and Proposed Distribution.

12/23/2015 - Call from Atty. Sacca; Review case;   12/30/2015 - Review case; Asset Notice filed;   1/6/2016 - Order Appr. Attorney for Trustee received & served;   3/8/2016 - Sec 341(a) Meeting adjourned;   4/12/2016 - Adversary Complaint prepared;   5/17/2016 - E-filing of Adversary Complaint;   5/20/2016 - Service of Summons & First Pretrial Order;   6/22/2016 - Motion for Default Judgment prepared & filed;   8/9/2016 - Motion to Joint Discovery prepared and filed;   9/29/2016 - Phone calls & e-mails to & from Joel Helmrich re: Mediation process;   10/4/2016 - Call to UST re: transcript of Sec. 314(a) meeting;   10/12/2016 - Cert. of Counsel & Consent Order filed (re: Mediation);   10/26/2016 - Legal Research re: mediation issues;   11/3/2016 - Review claims;   11/16/2016 - Corr & copies re: adversary & mediation to Atty. Helmrich;   12/5/2016 - Meeting w/ Atty. Sacca re: settlement; Pre-trial Statement;   12/15/2016 - Pre-trial hearing, Pgh;   12/30/2016 - Stipulation filed;   1/12/2017 - Stipulation & Order entered re: value of re: transfer to Sangston;   3/15/2017 - Revisions to Final Order; E-mail to Atty. Sacca;   6/23/2017 - File Review;   9/7/2017 - Affidavit of Default filed (Adversary proceeding);   9/18/2017 - Motion to Reopen (Adversary) Case filed (Order entered 10/5/2017);   9/20/2017 - Service of Affidavit of Default & Order of Court;   11/15/2017 - Motion to Hire Realtor (Conn Realty) prepared and filed (Order entered 12/7/2017);   3/16/2018 - Review Mot. to Pay Unclaimed Funds;   4/11/2018 - Motion to Sell Real Property (74 vacant acres) filed & served;   5/17/2018 - Hearing held & Order entered on sale of 74 vacant acres;   5/4/2018 & 5/29/2018 - All Proofs of Publication filed;   6/14/2018 - Phone calls to & from Zebley re: closing on real estate;   7/5/2018 - Response to Steve Albright, US Tte's Ofc re: case status;   7/9/2018 - Closing held on sale of 74 acres real estate;   7/17/2018 - Report of Sale prepared, filed & served on all creditors;   9/12/2018 - Phone call to Atty. Zebley re: the inheritance tax return info;   10/18/2018 - Review case & Forms 1 & 2 for Trustee Annual Report;   12/10/2018 - Receipt & deposit of refund of escrow money (for inheritance tax);   12/17/2018 - Review claims & claim notes;   1/30/2018 - Review claims & claim annotations;   2/19/2019 - Request Clerk's Cert of Costs; Review Attorney Fee App;   2/25/2019 - Preparation of TFR and Proposed Distribution

**Initial Projected Date Of Final Report (TFR):**   September 1, 2017           **Current Projected Date Of Final Report (TFR):**   February 25, 2019   (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-21253  
**Case Name:** CELLURALE, JOSEPH, JR.  
**Taxpayer ID #:** **-***0191  
**Period Ending:** 07/30/19  

**Trustee:** ROBERT H. SLONE (580040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account  
**Blanket Bond:** $11,311,777.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/16/18 | {16} | Conn Realty, Inc. | Hand money on offer to purchase vacant real estate (75.46 acres)(Cellurale Holdings) | | 1110-000 | 5,000.00 | | 5,000.00 |
| 05/22/18 | 101 | Cindy Renze | Title/Lien Search; Parcel No.'s 09-31-0036 & 09-31-0043-01 | | 2420-000 | | 250.00 | 4,750.00 |
| 05/22/18 | 102 | Fayette Legal Journal | Advertising - Fayette Legal Journal - Invoice #3719 | | 2500-000 | | 90.00 | 4,660.00 |
| 05/22/18 | 103 | Herald Standard | Advertising - Herald Standard - Stmt #040409; Acct #L00198 | | 2500-000 | | 119.50 | 4,540.50 |
| 07/11/18 | | Zebley Mehalov & White, PC | Balance of sale proceeds due - 75.46 acres - Dunbar Twp. | | | 191,043.86 | | 195,584.36 |
| | {16} | | Gross Sale Price | 230,000.00 | 1110-000 | | | 195,584.36 |
| | {16} | | Hand money previously received | -5,000.00 | 1110-000 | | | 195,584.36 |
| | | Conn Realty | Realtor Commission | -9,000.00 | 3510-000 | | | 195,584.36 |
| | | Zebley, Mehalov & white | Inheritance Tax Return Preparation | -400.00 | 2500-000 | | | 195,584.36 |
| | | Zebley, Mehalov & White | Settlement/Closing Costs | -300.00 | 2500-000 | | | 195,584.36 |
| | | | Recording Fees (Release) | -77.25 | 2500-000 | | | 195,584.36 |
| | | | Transfer Taxes | -2,300.00 | 2500-000 | | | 195,584.36 |
| | | Fayette Co. Tax Claim Bureau | Delnq Taxes - Parcel #09-11-0036 (Prepetition) | -367.83 | 4700-000 | | | 195,584.36 |
| | | | Delnq Taxes - Parcel #09-31-0043-01 (Prepetition) | -858.02 | 4700-000 | | | 195,584.36 |
| | | | Inheritance Tax - Joseph Cellurale Sr. | -1,360.79 | 2820-000 | | | 195,584.36 |
| | | | Escrow for Inheritance Tax | -2,000.00 | 2820-000 | | | 195,584.36 |
| | | | 2018 Co/Twp Taxes - Parcel #09-31-0036 | -131.18 | 2820-000 | | | 195,584.36 |
| | | | $330.90 for 2018 Co/Twp Taxes - Parcel #09-31-0043-01; minus City/town tax credit of $18.80 ; and minus County tax credit of $179.43 for 7/9/18 to | -132.67 | 2820-000 | | | 195,584.36 |

Subtotals : $196,043.86   $459.50

{} Asset reference(s)   Printed: 07/30/2019 02:48 PM   V.14.50

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-21253  
**Case Name:** CELLURALE, JOSEPH, JR.

**Trustee:** ROBERT H. SLONE (580040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6466 - Checking Account

**Taxpayer ID #:** **-***0191  
**Period Ending:** 07/30/19

**Blanket Bond:** $11,311,777.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 12/31/18 | | | | |
| | | | Mortgage Payoff - PNC   -17,004.56<br>Mortgage | 4110-000 | | | 195,584.36 |
| | | | School Taxes 7/1/2018   -23.84<br>to 7/'9/2018 | 2820-000 | | | 195,584.36 |
| 07/27/18 | 104 | Dinsmore & Shohl, LLP | Adversary Mediation Fees (as per Order d: 10/12/2016) Adversary #16-02088 | 3721-000 | | 770.00 | 194,814.36 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.99 | 194,633.37 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 289.31 | 194,344.06 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.08 | 194,194.98 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.57 | 194,019.41 |
| 12/10/18 | | Zebley, Mehalov & White PC | Refund of money held in escrow for inheritance tax from sale of 74 acres | 2820-000 | | -2,000.00 | 196,019.41 |
| 01/08/19 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2019 FOR CASE #15-21253, Bon #016026363 | 2300-000 | | 66.70 | 195,952.71 |
| 05/20/19 | 106 | PA Department of Revenue | Final Distribution; Dividend paid 100.00% on $29,276.29; Claim# 1S; Filed: $29,276.29; Reference: | 4120-000 | | 29,276.29 | 166,676.42 |
| 05/20/19 | 107 | Keystone Turf Products | Final Distribution; Dividend paid 100.00% on $28,563.90; Claim# 3; Filed: $28,563.90; Reference: | 4120-000 | | 28,563.90 | 138,112.52 |
| 05/20/19 | 108 | Timothy Beachy | Final Distribution; Dividend paid 100.00% on $621.80; Claim# JU; Filed: $0.00; Reference: Stopped on 05/29/19 | 4120-000 | | 621.80 | 137,490.72 |
| 05/20/19 | 109 | Fayette Co. Office of Planning & Zoning | Final Distribution; Dividend paid 100.00% on $546.00; Claim# JU; Filed: $0.00; Reference: | 4120-000 | | 546.00 | 136,944.72 |
| 05/20/19 | 110 | Harrell's, LLC | Final Distribution; Dividend paid 100.00% on $16,318.93; Claim# 18; Filed: $16,318.93; Reference: | 4120-000 | | 16,318.93 | 120,625.79 |
| 05/20/19 | 111 | Robert H. Slone, Esquire | Dividend paid 100.00% on $5,380.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,380.00 | 115,245.79 |
| 05/20/19 | 112 | Robert H. Slone, Esquire | Dividend paid 100.00% on $253.14, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 253.14 | 114,992.65 |
| 05/20/19 | 113 | ROBERT H. SLONE | Dividend paid 100.00% on $14,750.00, Trustee Compensation;  Reference: | 2100-000 | | 14,750.00 | 100,242.65 |
| 05/20/19 | 114 | ROBERT H. SLONE | Dividend paid 100.00% on $176.70, Trustee Expenses;  Reference: | 2200-000 | | 176.70 | 100,065.95 |

Subtotals :   $0.00   $95,518.41

{} Asset reference(s)

Printed: 07/30/2019 02:48 PM    V.14.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-21253 | | **Trustee:** | ROBERT H. SLONE (580040) |
| **Case Name:** | CELLURALE, JOSEPH, JR. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******6466 - Checking Account |
| **Taxpayer ID #:** | **-***0191 | | **Blanket Bond:** | $11,311,777.00 (per case limit) |
| **Period Ending:** | 07/30/19 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/20/19 | 115 | Clerk, U.S. Bankruptcy Court | Dividend paid 100.00% on $531.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 531.00 | 99,534.95 |
| 05/20/19 | 116 | PA Department of Revenue | Final Distribution; Dividend paid 80.27% on $118,315.35; Claim# 1P; Filed: $118,315.35; Reference: | 5800-000 | | 94,979.91 | 4,555.04 |
| 05/20/19 | 117 | Internal Revenue Service | Final Distribution; Dividend paid 80.27% on $5,674.16; Claim# 2P; Filed: $5,674.16; Reference: | 5800-000 | | 4,555.04 | 0.00 |
| 05/29/19 | 108 | Timothy Beachy | Final Distribution; Dividend paid 100.00% on $621.80; Claim# JU; Filed: $0.00; Reference: Stopped: check issued on 05/20/19 | 4120-000 | | -621.80 | 621.80 |
| 06/13/19 | 118 | Clerk, US Bankruptcy Court | Unclaimed Funds - Timothy Beachy - Check #108 | 4120-001 | | 621.80 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 196,043.86 | 196,043.86 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 196,043.86 | 196,043.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$196,043.86** | **$196,043.86** | |

{} Asset reference(s)

Printed: 07/30/2019 02:48 PM    V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-21253  
**Case Name:** CELLURALE, JOSEPH, JR.  

**Taxpayer ID #:** **-***0191  
**Period Ending:** 07/30/19  

**Trustee:** ROBERT H. SLONE (580040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6467 - Checking Account  
**Blanket Bond:** $11,311,777.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/10/18 | {16} | David E. Barensfeld | Hand money on offer to purchase vacant real estate (75.46 acres) | 1110-000 | 5,000.00 | | 5,000.00 |
| 05/22/18 | 101 {16} | David E. Barensfeld | Refund of hand money - Offer to purchase real estate | 1110-000 | -5,000.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :           196,043.86
Plus Gross Adjustments :  33,956.14
                         _____
Net Estate :            $230,000.00
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6466** | 196,043.86 | 196,043.86 | 0.00 |
| **Checking # ******6467** | 0.00 | 0.00 | 0.00 |
|  | $196,043.86 | $196,043.86 | $0.00 |

{} Asset reference(s)                                                                   Printed: 07/30/2019 02:48 PM    V.14.50